UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETRÓLEOS MEXICANOS AND PEMEX-REFINACIÓN<br>　　　　　　　　　　Plaintiffs,<br><br>- against -<br><br>CONPROCA S.A. DE C.V.,<br>SK ENGINEERING &<br>CONSTRUCTION CO. LTD., AND<br>SIEMENS AKTIENGESELLSCHAFT<br>　　　　　　　　　　Defendants. | 12 CV 9070 (LLS)<br><br>ECF CASE<br><br>NOTICE OF MOTION<br><br>ORAL ARGUMENT REQUESTED |

　　　　PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of this Motion, and the entire record herein, the undersigned will move and hereby does move before the Honorable Louis L. Stanton, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007 for an order dismissing the Complaint in its entirety, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim.

Dated: March 8, 2013

　　　　　　　　　　　　　　　　　　　　*/s/ Brant W. Bishop, P.C.*
　　　　　　　　　　　　　　　　　　　　Thomas D. Yannucci, P.C.*
　　　　　　　　　　　　　　　　　　　　Brant W. Bishop, P.C.
　　　　　　　　　　　　　　　　　　　　Christopher Posteraro*
　　　　　　　　　　　　　　　　　　　　Ragan Naresh*
　　　　　　　　　　　　　　　　　　　　Kirkland & Ellis LLP
　　　　　　　　　　　　　　　　　　　　655 Fifteenth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005
　　　　　　　　　　　　　　　　　　　　Tel.: (202) 879-5000
　　　　　　　　　　　　　　　　　　　　thomas.yannucci@kirkland.com
　　　　　　　　　　　　　　　　　　　　brant.bishop@kirkland.com
　　　　　　　　　　　　　　　　　　　　chris.posteraro@kirkland.com
　　　　　　　　　　　　　　　　　　　　ragan.naresh@kirkland.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Siemens AG*
　　　　　　　　　　　　　　　　　　　　* *Pro hac vice motion forthcoming*